

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00282-CV
_____

EDWARD JAMES MITSCHKE, JR., INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF CODY MITSCHKE, DECEASED, APPELLANT

V.

BRISTEN BEHRENS, JUSTIN BEHRENS,
AND TIMOTHY LEE TIMMERMAN, APPELLEES

On Appeal from the 335th District Court
Lee County, Texas
Trial Court No. 16,735, Honorable Carson Campbell, Presiding

February 3, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Edward James Mitschke, Jr., individually and as representative of the

estate of Cody Mitschke, deceased, filed two notices of appeal from the trial court's *Order*

*Granting the Motions for Summary Judgment of Defendants Borromeo and Blackjack*

*Ranch L.E.E., LLC.*[1]  One notice of appeal was filed in the original trial court cause; the other was filed in the severed cause.  This appeal arises from the notice filed in the original cause.[2]  We dismiss for want of jurisdiction.

We have jurisdiction to hear an appeal from a final judgment or an interlocutory order made immediately appealable by statute.  *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Stary v. DeBord*, 967 S.W.2d 352, 352-53 (Tex. 1998) (per curiam).  When the trial court severed the claims against Borromeo and Blackjack Ranch, the order granting summary judgment became final for purposes of appeal in the severed cause.  *See Park Place Hosp. v. Estate of Milo,* 909 S.W.2d 508, 510 (Tex. 1995).  However, Mitschke's claims against other defendants remain pending in the original cause.

By letter of November 9, 2020, we notified Mitschke that it did not appear from the record that a final judgment or appealable order had been issued by the trial court in the original cause and directed him to show how we have jurisdiction over the appeal.  Mitschke filed a response but did not demonstrate grounds for continuing the appeal.

Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).

Per Curiam

---

[1] Originally appealed to the Third Court of Appeals, the appeals were transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* Tex. Gov't Code Ann. § 73.001 (West 2013).

[2] The appeal filed in the severed cause is docketed as appellate cause 07-20-00283-CV.